IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EDNA HERREN                                                                                                   PLAINTIFF

V.                                            NO. 3:04CV00297 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 10th day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE